# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ANN ISHII,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-cv-02347-GHK-MAN<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation For Voluntary Remand Pursuant To Sentence Four of 42 U.S.C. § 405(g) ("Stipulation of Remand"), which was filed on June 17, 2015, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 7/6/2015

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE