EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LAURIE ANN ISHII,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-02347-GHK-DTB<br><br>**[~~PROPOSED~~]<br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND<br>EXPENSES, PURSUANT TO 28<br>U.S.C. § 2412(d), AND COSTS<br>PURSUANT TO 28 U.S.C. § 1920** |

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $11,000 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED:   October 28, 2015

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE